UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-61772-UU

HOWARD COHAN,

    Plaintiff,

v.

MIRAMAR FOOD SERVICES, CORP.,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal with Prejudice. D.E. 7.

THIS COURT has reviewed the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1), Defendants are DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this _19th_ day of August, 2016.

*/s/ Ursula Ungaro*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf